ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**PHONOMETRICS, INC.,**
Plaintiff–Appellant,

v.

**HOSPITALITY FRANCHISE SYSTEMS, INC., Motel 6, L.P., Interstate Hotels Corporation, SRS Hotels, Aston Hotels & Resorts, Four Seasons Hotels, Westcoast Hotels, Fairmont Hotel Management Company, Clubhouse Inns of America, Vagabond Inns, Inc., Economy Inns of America, Nendels Corporation, Amfac Resorts, Summerfield Suites Hotels, Grosvenor Hotels Group, Pan Pacific Hotels and Resorts, ANA Hotels International, Benchmark Hospitality, Inncal, Inc., Raphael Hotel Group, Coastal Hotel Group, Chase Management Corporation, Andrew Hotel Management Company, Red Lion Hotels & Inns, Outrigger Lodging Services, Colony Hotels & Resorts, and Park Lane Hotels International, Defendants,**

and

**E–Z 8 Motel, Inc. and Nikko Hotels (U.S.A.), Inc., Defendants–Appellees.**

Nos. 00–1460, 00–1515.

United States Court of Appeals,
Federal Circuit.

Oct. 3, 2001.

Before MICHEL, Circuit Judge, ARCHER, Senior Circuit Judge, and RADER, Circuit Judge.

Judgment

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.

**Israel T. GARCIA, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
Respondent.

No. 01–3206.

United States Court of Appeals,
Federal Circuit.

Oct. 3, 2001.